UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOE LEINHEISER,<br><br>                              Petitioner,<br><br>         -against-<br><br>WARDEN W.S. PILIER,<br><br>                              Respondent. | 21cv01191 (GBD) (DF)<br><br>**ORDER TO ANSWER**<br>**28 U.S.C. § 2241** |

**DEBRA FREEMAN, United States Magistrate Judge:**

　　This Court having examined the Petition in this action, commenced pursuant to 28 U.S.C. § 2241, it is hereby ORDERED that:

　　1.　　The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

　　2.　　Within 60 days of the date of this Order, the U.S. Attorney's Office shall file an answer and any opposition to the Petition.  Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer.

　　3.　　The Clerk of Court is also directed to mail a copy of this Order to Petitioner, at the address reflected on the Docket and shown below.

Dated:　New York, New York
　　　　　February 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DEBRA FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy to:

Noe Leinheiser
ID No. 27208-179
FCI Otisville
P.O. Box 1000
Otisville, NY 10963-1000