**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NOE LENHEISER,

                Plaintiff,

-against-                                   21 **CIVIL** 1191 (GBD)(VF)

                                                        **JUDGMENT**

WARDEN W.S. PILIER,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 18, 2025, having reviewed Magistrate Judge Figueredo's Report and Recommendation for clear error and finding none, this Court has ADOPTED the Report in full. Leinheiser's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (ECF No. 2), is therefore DENIED; accordingly, the petition and the case is closed.

**Dated:**  New York, New York

        March 18, 2025

                                                                    **TAMMI M HELLWIG**
                                                                      **Clerk of Court**

                                   **BY:**            *K. Mango*

                                                                        **Deputy Clerk**